UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CAROL S. CHAPMAN,

        Plaintiff,

vs.                      Case No. 3:05-cv-1281-J-33TEM

FIFTH THIRD BANK,

        Defendant.
_____/

**ORDER**

This matter comes before the Court _sua sponte_. On May 11, 2005, the Court entered an Order (Doc. # 6) requiring Plaintiff to show cause why the case should not be dismissed for failure to prosecute. The Order explained that Plaintiff has failed to provide proof of service in accordance with Federal Rules of Civil Procedure 4(l) and 4(m). In addition, Plaintiff has failed to file a joint Case Management Report as required by Local Rule 3.05, M.D. Fla.

The time for Plaintiff to respond to this Court's May 11, 2006 Order to Show Cause has elapsed, and Plaintiff has failed to respond. Accordingly, Plaintiff's case is dismissed without prejudice pursuant to Local Rule 3.10(a), M.D. Fla., due to Plaintiff's failure to diligently prosecute this cause.[1]

---

[1] Local Rule 3.10(a), M.D. Fla., states: "Whenever it appears that any case is not being diligently prosecuted the Court may, on motion of any party or on its own motion, enter an order to show cause why the case should not be dismissed, and if no satisfactory cause is shown, the case may be dismissed by the Court for want of prosecution."

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

Pursuant to the United States District Court, Middle District of Florida, Local Rule 3.10(a), this action is **DISMISSED** without prejudice. The Clerk of the Court shall enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure dismissing the case without prejudice. The Clerk is further directed to terminate all previously scheduled deadlines and close the file.

**DONE** and **ORDERED** in chambers in Jacksonville, Florida, this <u>13th</u> day of June, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

copes to:

All parties of record